# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK STEVEN WAGMAN,
OWNER/CLAIMANT, ONE (1) 2008
LEXUS ES-350, VIN
#JTHBJ46G882181199, LIC #783
WTP/NVWYD/NV,

Appellant,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,

Respondent.

No. 75652

**FILED**

OCT 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Stefany Miley, District Judge
Law Offices of Mont E. Tanner
Liesl K. Freedman
Matthew J. Christian
Eighth District Court Clerk

18-40382